UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __24-1183__ as

[ ] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [✓] Pro Bono  [ ] Government

COUNSEL FOR: Kevin Ray Reece

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Chandler J. Reece
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Chandler J. Reece | 336-298-2088 |
| Name (printed or typed) | Voice Phone |
| Reece Legal Services, PLLC | |
| Firm Name (if applicable) | Fax Number |
| PO Box 489 | |
| Sparta, NC 28675 | reecelawyer101@gmail.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __03/12/2024__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Kevin Ray Reece
685 Factory Street
Ronda, NC 28685

/s/ Chandler J. Reece                                              03/12/2024
Signature                                                                Date

02/16/2018  SCC